UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IFTIKHAR SAIYED,                        )
                                        )
            Plaintiff,                   )
                                        )
      v.                                 )          Civil Action No. 10-0022 (PLF)
                                        )
COUNCIL ON AMERICAN-ISLAMIC,            )
RELATIONS ACTION NETWORK, INC.          )
                                        )
            Defendant.                   )
_____  )
                                        )
RENE ARTURO LOPEZ, et al.,              )
                                        )
            Plaintiffs,                  )
                                        )
      v.                                 )          Civil Action No. 10-0023 (PLF)
                                        )
COUNCIL ON AMERICAN-ISLAMIC,            )
RELATIONS ACTION NETWORK, INC.          )
                                        )
            Defendant.                   )
_____  )


ORDER

      For the reasons stated in the accompanying Opinion issued this same day,

it is hereby

      ORDERED that the defendant's motion for summary judgment [Dkt. No. 80 in

Civil Action No. 10-0023] is GRANTED; and it is

FURTHER ORDERED that the plaintiffs' request for the Court to enter partial judgment on their behalf, under Rule 56(f) of the Federal Rules of Civil Procedure, is DENIED. The Clerk of the Court shall remove these consolidated cases from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 29, 2015